UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONTARICO C. JOHNSON,

    Petitioner,

        v.                                    Criminal No. 12-cr-40004-JPG

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM AND ORDER

This matter comes before the Court after mail sent by the Clerk's Office to defendant Montarico C. Johnson before he was appointed counsel was returned (Docs. 118 & 123). In late 2014, the Clerk's Office attempted to send Johnson three orders (Docs. 114, 115 & 116) at the United States Penitentiary at Pollock, LA. The orders were returned with markings indicating that the mail was refused and could not be forwarded (Docs. 118 & 123). The Court has since learned that Johnson has been sent to the Williamson County Jail pending further proceedings in this case. The Court hereby **DIRECTS** the Clerk of Court to resend the orders (Docs. 114, 115 & 116) to Johnson at the Williamson County Jail, 404 N. Van Buren St., Marion, IL 62959.

**IT IS SO ORDERED.**
**DATED:   January 16, 2015**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**